# CERTIFICATE OF SERVICE

I, <u>Gini L. Downing</u> (name), certify that service of this summons and a copy of the complaint was made <u>February 4, 2022</u> (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Abraxis Bioscience, Inc.
2318 Momentum Place
Chicago, IL 60689-5323

Abraxis Bioscience, Inc.
Sandra Leung, EVP, General Counsel
2318 Momentum Place
Chicago, IL 60689-5323

Phillip J. Gross, Esq.
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:
Abraxis Bioscience, Inc.
c/o Celgene Inc.
6755 Mississauga Road, Suite 600
Mississauga, Ontario L5N 7Y2
Canada

Abraxis Bioscience, Inc.
c/o Celgene Corporation
86 Morris Avenue
Summit, NJ 07901

Abraxis Bioscience, Inc.
c/o Bristol Myers Squibb Corp Headqtrs
430 E. 29th Street, 14th Floor
New York, NY 10016

Corporation Service Company
R/A for Abraxis Bioscience, Inc.
251 Little Falls Drive
Wilmington, DE 19808

    I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

    Under penalty of perjury, I declare that the foregoing is true and correct.

| | | |
|---|---|---|
| Date | <u>February 4, 2022</u> | Signature   <u>/s/ Gini L. Downing</u> |
| | Print Name: | <u>Gini L. Downing</u> |
| | | Pachulski Stang Ziehl & Jones LLP |
| | | 10100 Santa Monica Blvd. |
| | | 13th Floor |
| | Business Address: | <u>Los Angeles, CA 90067</u> |



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Abraxis Bioscience, Inc.
c/o Bristol Myers Squibb Corp Headqtrs
430 E. 29th Street, 14th Floor
New York, NY 10016

9590 9402 3367 7227 2947 87

2. Article Number (Transfer from service label)

7017 2400 0000 3936 7302

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt