**LOWENSTEIN SANDLER LLP**
Philip J. Gross, Esq. (NY Bar No. 4713517)
(*pro hac vice* pending)
One Lowenstein Drive
Roseland, NJ 07068
(973) 597-2500 (Telephone)
E-mail: pgross@lowenstein.com

-and-

Keara M. Waldron, Esq. (NY Bar No. 524815)
(*pro hac vice* pending)
1251 Avenue of the Americas, 17th Floor
New York, NY 10020
(212) 262-6700 (Telephone)
E-mail: kwaldron@lowenstein.com

*Counsel to Abraxis Bioscience, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as Trustee of the RDC Liquidating Trust,<br><br>Plaintiff,<br>v.<br><br>Abraxis Bioscience, Inc.,<br><br>Defendant. | Adv. Proc. No. 2-22-02060 (PRW) |

## DEFENDANT'S RULE 7007.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, Defendant Abraxis Bioscience, Inc. **("Abraxis")**, by and through counsel, states as follows:

1. Abraxis is a wholly owned subsidiary of Bristol-Myers Squibb Company ("**BMS**").

2. BMS's stock is publicly traded on the New York Stock Exchange under the symbol "BMY".

3. Abraxis and BMS are not aware of any publicly held corporation that owns 10% or more of BMS's stock.

Dated: June 14, 2022

**LOWENSTEIN SANDLER LLP**

*/s/ Philip J. Gross*
Philip J. Gross, Esq. (NY Bar No. 4713517)
*(pro hac vice* pending*)*
One Lowenstein Drive
Roseland, NJ 07068
(973) 597-2500 (Telephone)
E-mail: pgross@lowenstein.com

-and-

Keara M. Waldron, Esq. (NY Bar No. 524815)
*(pro hac vice* pending*)*
1251 Avenue of the Americas, 17th Floor
New York, NY 10020
(212) 262-6700 (Telephone)
E-mail: kwaldron@lowenstein.com

*Counsel to Abraxis Bioscience, Inc.*