# Notice Recipients

District/Off: 0209–2  User: admin  Date Created: 7/6/2022
Case: 2–22–02060–PRW  Form ID: pdforder  Total: 3

**Recipients of Notice of Electronic Filing:**
aty   Ilan D Scharf   ischarf@pszjlaw.com
aty   Keara Waldron   kwaldron@lowenstein.com
aty   Philip Gross    pgross@lowenstein.com

TOTAL: 3