Bradford J. Sandler, Esq. (NY Bar No. 4499877)
Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (CA Bar No. 157216)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>Plaintiff,<br>v.<br><br>ABRAXIS BIOSCIENCE, INC.,<br><br>Defendant. | Adv. Proc. No. 22-02060 (PRW) |

**STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING**

Plaintiff Advisory Trust Group, LLC, in its capacity as the Liquidating Trustee of the RDC Liquidating Trust, and defendant Abraxis Bioscience, Inc. (together, the "**Parties**"), have entered into a settlement agreement that resolves the claims asserted in the above-captioned adversary proceeding. Accordingly, the Parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii)

of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, to the dismissal with prejudice of this adversary proceeding, with each party to bear its own attorneys' fees and costs. (*)

STIPULATED AND AGREED:

Dated: March 30, 2023

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Ilan D. Scharf*
Bradford J. Sandler (NY Bar No. 4499877)
Ilan D. Scharf (NY Bar No. 4042107)
Jason S. Pomerantz (CA Bar No. 157216)
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Email:  bsandler@pszjlaw.com
 ischarf@pszjlaw.com
 jspomerantz@pszjlaw.com

*Counsel to Plaintiff RDC Liquidating Trust*

Dated: March 30, 2023

LOWENSTEIN SANDLER LLP

*/s/ Philip J. Gross*
Philip J. Gross, Esq. (NY Bar No. 4713517)
One Lowenstein Drive
Roseland, NJ 07068
Telephone:  (973) 597-2500
Email:  pgross@lowenstein.com

*Counsel to Defendant Abraxis Bioscience, Inc.*

SO ORDERED

DATED: __March 31__, 2023
 Rochester, New York

_____/s/_____
HON. PAUL R. WARREN
United States Bankruptcy Judge

(*) The Clerk of Court is directed to immediately close this adversary proceeding.