# Notice Recipients

District/Off: 0209–2    User: admin    Date Created: 3/31/2023
Case: 2–22–02060–PRW    Form ID: pdforder    Total: 2

**Recipients of Notice of Electronic Filing:**
aty   Ilan D Scharf   ischarf@pszjlaw.com
aty   Philip Gross    pgross@lowenstein.com

TOTAL: 2